JUDGE DANIELS

# 08 CV 01044

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARISTA RECORDS LLC, a Delaware limited
liability company; ATLANTIC RECORDING
CORPORATION, a Delaware corporation; BMG
MUSIC, a New York general partnership;
CAPITOL RECORDS, INC., a Delaware
corporation; CAROLINE RECORDS, INC., a
New York corporation; ELEKTRA
ENTERTAINMENT GROUP INC., a Delaware
corporation; FONOVISA, INC., a California
corporation; INTERSCOPE RECORDS, a
California general partnership; LAFACE
RECORDS LLC, a Delaware limited liability
company; MAVERICK RECORDING
COMPANY, a California joint venture;
MOTOWN RECORD COMPANY, L.P., a
California limited partnership; SONY BMG
MUSIC ENTERTAINMENT, a Delaware general
partnership; UMG RECORDINGS, INC., a
Delaware corporation; VIRGIN RECORDS
AMERICA, INC., a California corporation;
WARNER BROS. RECORDS INC., a Delaware
corporation; and ZOMBA RECORDING LLC, a
Delaware limited liability company,

 Plaintiffs,

 -against-

DOES 1 - 26,

 Defendants.

---

Civil Action No.:

RECEIVED

FEB 01 2008

U.S.D.C. S.D.N.Y.
CASHIERS

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

 Plaintiffs, by their attorneys, for their complaint against Defendants, allege:

### JURISDICTION AND VENUE

 1.    This is a civil action seeking damages and injunctive relief for copyright

infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq.*).

2.    This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.    Venue in this District is proper. <u>See</u> 28 U.S.C. §§ 1391(b), 1400(a).  Although the true identity of each Defendant is unknown to Plaintiffs at this time, on information and belief, a substantial part of the acts of infringement complained of herein occurred in this District.  On information and belief, personal jurisdiction in this District is proper because each Defendant, without consent or permission of the copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by Plaintiffs.  On information and belief, such illegal dissemination occurred in every jurisdiction in the United States, including this one.  In addition, each Defendant contracted with an Internet Service Provider ("ISP") found in this District to provide each Defendant with the access to the Internet which facilitated Defendants' infringing activities.

## PARTIES

4.    Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

5.    Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

6.    Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

7.    Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

8.     Plaintiff Caroline Records, Inc. is a corporation duly organized and existing under the laws of the State of New York, with its principal place of business in New York.

9.     Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

10.    Plaintiff Fonovisa, Inc. is a division of Univision Music LLC.  Univision Music LLC is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

11.    Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

12.    Plaintiff LaFace Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

13.    Plaintiff Maverick Recording Company is a joint venture between SR/MDM Venture Inc. and Maverick Records LLC, organized and existing under the laws of the State of California, with its principal place of business in the State of California.

14.    Plaintiff Motown Record Company, L.P. is a limited partnership duly organized and existing under the laws of the State of California, with its principal place of business in the State of California.

15.    Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

16.     Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

17.     Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

18.     Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

19.     Plaintiff ZOMBA RECORDING LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

20.     The true names and capacities of Defendants are unknown to Plaintiffs at this time.  Each Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to that Defendant by his or her ISP on the date and time of that Defendant's infringing activity.  See Exhibit A.  Plaintiffs believe that information obtained in discovery will lead to the identification of each Defendant's true name.

21.     Although Plaintiffs do not know the true names of Defendants, each Defendant is alleged to have committed violations of the same law (e.g., copyright law), by committing the same acts (e.g., the downloading and distribution of copyrighted sound recordings owned by Plaintiffs), and by using the same means (e.g., a file-sharing network) that each Defendant accessed via the same ISP.  Accordingly, Plaintiffs' right to relief arises out of the same series of

5

transactions or occurrences, and there are questions of law or fact common to all Defendants such that joinder is warranted and appropriate here.

## COUNT I
## INFRINGEMENT OF COPYRIGHTS

22.    Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

23.    Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain copyrighted sound recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings"). Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of Exhibit A.

24.    Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

25.    Plaintiffs are informed and believe that each Defendant, without the permission or consent of Plaintiffs, has continuously used, and continues to use, an online media distribution system to download and/or distribute to the public certain of the Copyrighted Recordings. Exhibit A identifies on a Defendant-by-Defendant basis (one Defendant per page) the IP address with the date and time of capture and a list of copyrighted recordings that each Defendant has, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public. Through his or her continuous and ongoing acts of downloading and/or distributing to the public the Copyrighted Recordings, each Defendant has violated Plaintiffs' exclusive rights of

6

reproduction and distribution. Each Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive rights under copyright. (In addition to the sound recordings listed for each Defendant on Exhibit A, Plaintiffs are informed and believe that each Defendant has, without the permission or consent of Plaintiffs, continuously downloaded and/or distributed to the public additional sound recordings owned by or exclusively licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of infringement are ongoing. Exhibit A includes the currently-known total number of audio files being distributed by each Defendant.)

26.     Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by each Defendant.

27.     Plaintiffs are informed and believe that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

28.     As a result of each Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against each Defendant for each infringement by that Defendant of each copyrighted recording. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

29.     The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to

7

17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiffs' copyrights, and ordering that each Defendant destroy all copies of copyrighted sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

    1.    For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings or to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

    2.    For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

    3.    For Plaintiffs' costs in this action.

    4.    For Plaintiffs' reasonable attorneys' fees incurred herein.

5.     For such other and further relief as the Court may deem just and proper.

Dated: New York, New York
      February 1, 2008

                                        By: _____
                                            Brian E. Moran (BM-8573)
                                            Victor B. Kao (VK-6967)
                                            Robinson & Cole LLP
                                            885 Third Avenue, Suite 2800
                                            New York, NY 10022-4834
                                            Telephone: (212) 451-2900
                                            Fax: (212) 451-2999

# Exhibit A

## EXHIBIT A DOE LIST

**Doe # 1**          **IP Address:** 76.185.37.143 2007-09-01 01:17:40 EDT

**Doe # 2**          **IP Address:** 76.84.76.176 2007-09-02 23:43:17 EDT

**Doe # 3**          **IP Address:** 74.76.103.242 2007-09-06 08:52:14 EDT

**Doe # 4**          **IP Address:** 72.230.77.33 2007-09-07 22:49:12 EDT

**Doe # 5**          **IP Address:** 71.65.81.190 2007-09-10 19:19:02 EDT

**Doe # 6**          **IP Address:** 76.84.1.150 2007-10-01 04:56:13 EDT

**Doe # 7**          **IP Address:** 24.169.155.2 2007-10-02 23:03:55 EDT

**Doe # 8**          **IP Address:** 24.123.226.155 2007-10-10 11:02:03 EDT

**Doe # 9**          **IP Address:** 74.77.211.212 2007-10-10 10:38:04 EDT

**Doe # 10**         **IP Address:** 76.185.252.89 2007-10-11 07:46:01 EDT

**Doe # 11**         **IP Address:** 68.173.185.164 2007-10-11 08:09:14 EDT

**Doe # 12**         **IP Address:** 24.167.122.199 2007-10-13 12:55:24 EDT

**Doe # 13**         **IP Address:** 66.67.109.169 2007-10-17 04:04:40 EDT

**Doe # 14**         **IP Address:** 69.204.152.194 2007-10-18 00:04:09 EDT

**Doe # 15**         **IP Address:** 66.25.173.188 2007-10-25 10:43:06 EDT

**Doe # 16**         **IP Address:** 68.200.174.171 2007-11-08 03:04:39 EST

**Doe # 17**         **IP Address:** 67.79.75.26 2007-11-10 02:36:18 EST

**Doe # 18**         **IP Address:** 69.133.150.81 2007-11-11 22:10:25 EST

**Doe # 19**         **IP Address:** 75.85.191.182 2007-11-11 22:56:27 EST

**Doe # 20**         **IP Address:** 204.210.224.195 2007-11-11 22:52:36 EST

**Doe # 21**                    **IP Address:** 74.78.158.157 2007-11-23 04:43:39 EST

**Doe # 22**                    **IP Address:** 74.75.55.141 2007-11-23 23:28:55 EST

**Doe # 23**                    **IP Address:** 72.189.173.153 2007-11-24 19:00:58 EST

**Doe # 24**                    **IP Address:** 24.168.21.25 2007-12-04 17:47:53 EST

**Doe # 25**                    **IP Address:** 65.186.90.140 2007-12-06 13:33:39 EST

**Doe # 26**                    **IP Address:** 76.189.66.237 2007-12-06 13:34:32 EST

AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION        ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC | DEFENDANT<br>DOES 1 - 26 |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

**IP Address:** 76.185.37.143 2007-09-01 01:17:40 EDT        **CASE ID#** 140834214

**P2P Network:** GnutellaUS        **Total Audio Files:** 376

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Interscope Records | No Doubt | Hella Good | Rock Steady | 305-872 |
| UMG Recordings, Inc. | Blink-182 | Stay Together For The Kids | Take Off Your Pants And Jacket | 301-317 |
| UMG Recordings, Inc. | Hinder | Shoulda | Extreme Behavior | 379-192 |
| Capitol Records, Inc. | Keith Urban | Your Everything | Keith Urban | 273-265 |
| Warner Bros. Records Inc. | Linkin Park | Somewhere I Belong | Meteora | 346-247 |
| Capitol Records, Inc. | Everclear | Father of Mine | So Much for the Afterglow | 181-328 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Blind | Korn | 201-939 |
| Atlantic Recording Corporation | Sugar Ray | Every Morning | 14:59 | 262-149 |
| Arista Records LLC | Adema | Giving In | Adema | 302-233 |
| Warner Bros. Records Inc. | Linkin Park | In The End | Hybrid Theory | 288-402 |

**EXHIBIT A**

**IP Address:** 76.84.76.176 2007-09-02 23:43:17 EDT          **CASE ID#** 141001906

**P2P Network:** GnutellaUS          **Total Audio Files:** 151

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | George Strait | Check Yes or No | Strait Out of the Box | 213-745 |
| Atlantic Recording Corporation | Phil Collins | Sussudio | No Jacket Required | 60-788 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Rock With You | Off The Wall | 11-120 |
| Capitol Records, Inc. | Billy Idol | Dancing With Myself | Billy Idol | 39-673 |
| Elektra Entertainment Group Inc. | The Cars | Moving in Stereo | The Cars | 4-128 |
| BMG Music | Lit | My Own Worst Enemy | A Place in the Sun | 264-272 |
| UMG Recordings, Inc. | George Strait | Carried Away | Blue Clear Sky | 221-625 |
| UMG Recordings, Inc. | Janet Jackson | When I Think of You | Control | 69-529 |
| Elektra Entertainment Group Inc. | The Cure | Pictures of You | Disintegration | 104-305 |

# EXHIBIT A

**IP Address:** 74.76.103.242 2007-09-06 08:52:14 EDT          **CASE ID#** 141327318

**P2P Network:** GnutellaUS          **Total Audio Files:** 59

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Zomba Recording LLC | Three Days Grace | Wake Up | Three Days Grace | 338-429 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| UMG Recordings, Inc. | Aerosmith | Cryin' | Get A Grip | 153-061 |
| Arista Records LLC | Pink | Numb | M!ssundaztood | 326-672 |
| Interscope Records | Limp Bizkit | Behind Blue Eyes | Results May Vary | 346-261 |
| Warner Bros. Records Inc. | Avenged Sevenfold | Burn It Down | City Of Evil | 374-368 |
| Capitol Records, Inc. | Pink Floyd | Hey You | The Wall | 14-787 |
| SONY BMG MUSIC ENTERTAINMENT | Aerosmith | Hole In My Soul | Nine Lives | 246-031 |
| Interscope Records | Limp Bizkit | Break Stuff | Significant Other | 279-827 |
| UMG Recordings, Inc. | Godsmack | Running Blind | The Other Side | 351-054 |

# EXHIBIT A

**IP Address:** 72.230.77.33 2007-09-07 22:49:12 EDT          **CASE ID#** 141489205

**P2P Network:** GnutellaUS          **Total Audio Files:** 717

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Audioslave | Set It Off | Audioslave | 322-103 |
| Interscope Records | Dr. Dre | Still D.R.E. | Still D.R.E. (single) | 279-401 |
| SONY BMG MUSIC ENTERTAINMENT | Cypress Hill | Rap Superstar | Skull & Bones | 287-128 |
| Caroline Records, Inc. | Smashing Pumpkins | Daydream | Gish | 140-511 |
| Arista Records LLC | Clipse | Grindin' | Lord Willin' | 321-673 |
| UMG Recordings, Inc. | G-Unit | Beg for Mercy | Beg For Mercy | 337-759 |
| UMG Recordings, Inc. | Blink-182 | The Rock Show | Take Off Your Pants And Jacket | 301-317 |
| Virgin Records America, Inc. | Smashing Pumpkins | Disarm | Siamese Dream | 169-635 |
| Virgin Records America, Inc. | Smashing Pumpkins | Landslide | Pisces Iscariot | 201-728 |

# EXHIBIT A

**IP Address:** 71.65.81.190 2007-09-10 19:19:02 EDT          **CASE ID#** 141779727

**P2P Network:** GnutellaUS                                   **Total Audio Files:** 509

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Avenged Sevenfold | Burn It Down | City Of Evil | 374-368 |
| UMG Recordings, Inc. | Young Jeezy | My Hood | My Hood (single) | 378-143 |
| UMG Recordings, Inc. | Lifehouse | You And Me | Lifehouse | 370-643 |
| Virgin Records America, Inc. | Spice Girls | Stop | Spiceworld | 261-523 |
| Atlantic Recording Corporation | Collective Soul | Shine | Hints, Allegations and Things Left Unsaid | 187-499 |
| Capitol Records, Inc. | Heart | Heartless | Magazine | 102-963 |
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | Naughty Girl | Dangerously in Love | 342-236 |
| UMG Recordings, Inc. | Nirvana | Heart-Shaped Box | In Utero | 172-276 |
| BMG Music | Eve 6 | Inside Out | Eve 6 | 257-983 |
| BMG Music | Martina McBride | Valentine | Evolution | 240-332 |

# EXHIBIT A

**IP Address:** 76.84.1.150 2007-10-01 04:56:13 EDT          **CASE ID#** 143508168

**P2P Network:** GnutellaUS                                   **Total Audio Files:** 589

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Martina McBride | God's Will | Martina | 333-553 |
| UMG Recordings, Inc. | Reba McEntire | Fancy | Rumor Has It | 121-401 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | If You Asked Me | Celine Dion | 144-117 |
| Capitol Records, Inc. | Radiohead | Fake Plastic Trees | The Bends | 280-260 |
| LaFace Records LLC | Usher | If I Want To | 8701 | 307-207 |
| UMG Recordings, Inc. | Black Eyed Peas | My Humps | Monkey Business | 378-166 |
| UMG Recordings, Inc. | The All-American Rejects | Dirty Little Secret | Move Along | 374-412 |
| Capitol Records, Inc. | Coldplay | Yellow | Parachutes | 328-762 |

AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 |
|---|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC | DEFENDANT<br>DOES 1 - 26 |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

# EXHIBIT A

**IP Address:** 24.169.155.2 2007-10-02 23:03:55 EDT    **CASE ID#** 143661269

**P2P Network:** GnutellaUS    **Total Audio Files:** 100

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Miranda Lambert | Kerosene | Kerosene | 367-710 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Top of the World | Home | 314-722 |
| Warner Bros. Records Inc. | Avenged Sevenfold | Beast And The Harlot | City Of Evil | 374-368 |
| UMG Recordings, Inc. | The All-American Rejects | Move Along | Move Along | 374-412 |
| SONY BMG MUSIC ENTERTAINMENT | Good Charlotte | Hold On | The Young and the Hopeless | 309-099 |
| Capitol Records, Inc. | Trace Adkins | Honky Tonk Badonkadonk | Songs About Me | 361-541 |
| BMG Music | Brad Paisley | Whiskey Lullaby | Mud on the Tires | 336-114 |
| BMG Music | Martina McBride | How Far | Martina | 333-553 |
| BMG Music | Sara Evans | You'll Always Be My Baby | Real Fine Place | 375-983 |

# EXHIBIT A

**IP Address:** 24.123.226.155 2007-10-10 11:02:03 EDT          **CASE ID#** 144444102

**P2P Network:** GnutellaUS          **Total Audio Files:** 460

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| LaFace Records LLC | TLC | Creep | CrazySexyCool | 198-743 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |
| Atlantic Recording Corporation | T.I. | Bring Em Out | Urban Legend | 367-100 |
| UMG Recordings, Inc. | Julie Roberts | Break Down Here | Break Down Here (single) | 353-907 |
| UMG Recordings, Inc. | Sugarland | Baby Girl | Baby Girl (single) | 360-650 |
| Maverick Recording Company | Alanis Morissette | That I Would Be Good | Supposed Former Infatuation Junkie | 228-847 |
| UMG Recordings, Inc. | Hinder | How Long | Extreme Behavior | 379-192 |
| Capitol Records, Inc. | Keith Urban | Tonight I Wanna Cry | Be Here | 353-271 |

## EXHIBIT A

**IP Address:** 74.77.211.212 2007-10-10 10:38:04 EDT          **CASE ID#** 144444825

**P2P Network:** GnutellaUS          **Total Audio Files:** 1589

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Lil Kim | Magic Stick | Bella Mafia | 351-071 |
| Arista Records LLC | Alan Jackson | Where I Come From | When Somebody Loves You | 289-367 |
| Capitol Records, Inc. | Keith Urban | Days Go By | Be Here | 353-271 |
| BMG Music | Cassidy | A.M. To P.M | I'm A Hustla | 377-767 |
| UMG Recordings, Inc. | Lynyrd Skynyrd | That Smell | Freebird, The Movie | 217-984 |
| BMG Music | Kenny Chesney | I Might Get Over You | Everywhere We Go | 263-302 |
| UMG Recordings, Inc. | 98 Degrees | This Gift | This Christmas | 271-013 |

# EXHIBIT A

**IP Address:** 76.185.252.89 2007-10-11 07:46:01 EDT          **CASE ID#** 144540393

**P2P Network:** GnutellaUS                                     **Total Audio Files:** 601

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Usher | Burn | Confessions | 354-784 |
| Zomba Recording LLC | Charlie Wilson | My Guarantee | Charlie, Last Name Wilson | 377-869 |
| SONY BMG MUSIC ENTERTAINMENT | Bone Thugs-N-Harmony | Thuggish Ruggish Bone | Creepin On Ah Come Up | 223-608 |
| LaFace Records LLC | Usher | U-Turn | 8701 | 307-207 |
| Atlantic Recording Corporation | All-4-One | I Swear | All-4-One | 188-210 |
| BMG Music | Tyrese | Lately | Tyrese | 237-788 |
| SONY BMG MUSIC ENTERTAINMENT | Frankie J | Suga Suga | The One | 377-949 |
| Atlantic Recording Corporation | T.I. | Chillin With My Bitch | Urban Legend | 367-100 |

# EXHIBIT A

**IP Address:** 68.173.185.164 2007-10-11 08:09:14 EDT          **CASE ID#** 144544059

**P2P Network:** GnutellaUS          **Total Audio Files:** 213

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Zomba Recording LLC | Justin Timberlake | Rock Your Body | Justified | 319-834 |
| UMG Recordings, Inc. | Bon Jovi | Who Says You Can't Go Home | Have a Nice Day | 382-027 |
| SONY BMG MUSIC ENTERTAINMENT | Howie Day | Collide | Stop All The World Now | 349-701 |
| UMG Recordings, Inc. | Rihanna | We Ride | A Girl Like Me | 387-137 |
| Capitol Records, Inc. | Yellowcard | Way Away | Ocean Avenue | 343-413 |
| Capitol Records, Inc. | Yellowcard | City Of Devils | Lights and Sounds | SRu 587-735 |

# EXHIBIT A

**IP Address:** 24.167.122.199 2007-10-13 12:55:24 EDT          **CASE ID#** 144804035

**P2P Network:** GnutellaUS          **Total Audio Files:** 272

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Rage Against the Machine | Take The Power Back | Rage Against The Machine | 152-061 |
| UMG Recordings, Inc. | DMX | Party Up | ...And Then There Was X | 279-017 |
| UMG Recordings, Inc. | The Police | Message In A Bottle | Regatta De Blanc | 13-166 |
| SONY BMG MUSIC ENTERTAINMENT | Rage Against the Machine | Sleep Now In The Fire | Battle Of Los Angeles | 276-602 |
| UMG Recordings, Inc. | Scorpions | Rock You Like A Hurricane | Love At First Sting | 54-748 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Stellar | Make Yourself | 278-818 |
| UMG Recordings, Inc. | Weezer | My Name is Jonas | Weezer (Blue Album) | 187-644 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |
| UMG Recordings, Inc. | Def Leppard | Pour Some Sugar on Me | Hysteria | 90-420 |

AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC | DEFENDANT<br><br>DOES 1 - 26 |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## EXHIBIT A

**IP Address:** 66.67.109.169 2007-10-17 04:04:40 EDT          **CASE ID#** 145190712

**P2P Network:** GnutellaUS          **Total Audio Files:** 330

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Jay-Z | Encore | The Black Album | 337-758 |
| Atlantic Recording Corporation | Sean Paul | Shake That Thing | Dutty Rock | 352-634 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| SONY BMG MUSIC ENTERTAINMENT | Montgomery Gentry | Something to Be Proud Of | You Do Your Thing | 355-896 |
| Interscope Records | Eminem | Mosh | Encore | 364-769 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| UMG Recordings, Inc. | Rush | YYZ | Moving Pictures | 25-005 |
| Interscope Records | Eminem | Sing for the Moment | Eminem Show | 317-924 |
| Warner Bros. Records Inc. | Blake Shelton | Some Beach | Some Beach (single) | 359-307 |
| UMG Recordings, Inc. | Nelly Furtado | Say It Right | Loose | 387-509 |

## EXHIBIT A

**IP Address:** 69.204.152.194 2007-10-18 00:04:09 EDT          **CASE ID#** 145285238

**P2P Network:** GnutellaUS          **Total Audio Files:** 97

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Miranda Lambert | Kerosene | Kerosene | 367-710 |
| UMG Recordings, Inc. | Hinder | Lips of an Angel | Extreme Behavior | 379-192 |
| Zomba Recording LLC | Eamon | Fuck It (I Don't Want You Back) | I Don't Want You Back | 346-788 |
| UMG Recordings, Inc. | Reba McEntire | My Sister | Room to Breathe | 345-487 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Faithfully | Frontiers | 43-223 |
| Warner Bros. Records Inc. | Green Day | When I Come Around | Dookie | 185-457 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |
| UMG Recordings, Inc. | Shaggy | Angel | Hot Shot | 286-657 |

# EXHIBIT A

**IP Address:** 66.25.173.188 2007-10-25 10:43:06 EDT          **CASE ID#** 145997625

**P2P Network:** GnutellaUS          **Total Audio Files:** 405

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Fonovisa, Inc. | Los Tigres Del Norte | La Banda Del Carro Rojo | 16 Super Exitos | 124-249 |
| Capitol Records, Inc. | Enanitos Verdes | Lamento Boliviano | Big Bang | 223-919 |
| UMG Recordings, Inc. | Aerosmith | Angel | Permanent Vacation | 85-369 |
| Fonovisa, Inc. | Los Tigres Del Norte | Lagrimas | Herencia De Familia | 179-260 |
| Fonovisa, Inc. | Conjunto Primavera | No Le Rueges | Necesito Decirte | 259-601 |
| Fonovisa, Inc. | Los Temerarios | No Se Vivir Sin Ti | Una Lagrima No Basta | 315-456 |
| Arista Records LLC | Santana | Corazon Espinado | Supernatural | 289-833 |
| Fonovisa, Inc. | Los Tigres Del Norte | Los Dos Plebes | Los Dos Plebes | 196-452 |
| Fonovisa, Inc. | Los Temerarios | Te Hice Mal | En La Madrugada Se Fue | 278-322 |
| Fonovisa, Inc. | Exterminador | La Fiesta De Los Perrones | Narco . . . Corridos 2 | 241-106 |

# EXHIBIT A

**IP Address:** 68.200.174.171 2007-11-08 03:04:39 EST        **CASE ID#** 147254961

**P2P Network:** GnutellaUS        **Total Audio Files:** 103

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| Atlantic Recording Corporation | Genesis | Invisible Touch | Invisible Touch (single) | 73-871 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Beat It | Thriller | 41-965 |
| Virgin Records America, Inc. | The Rolling Stones | Miss You | Some Girls | 1-522 |
| BMG Music | The Whispers | And the Beat Goes On | The Whispers | 18-246 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |
| Capitol Records, Inc. | Duran Duran | Ordinary World | Duran Duran [The Wedding Album] | 278-777 |
| Warner Bros. Records Inc. | Trapt | Headstrong | Trapt | 317-667 |
| UMG Recordings, Inc. | 50 Cent | Disco Inferno | Disco Inferno (single) | 366-950 |

## EXHIBIT A

**IP Address:** 67.79.75.26 2007-11-10 02:36:18 EST          **CASE ID#** 147436996

**P2P Network:** GnutellaUS                                  **Total Audio Files:** 613

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Frankie J | Suga Suga | The One | 377-949 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| UMG Recordings, Inc. | Shania Twain | From This Moment On | Come On Over | 243-502 |
| Capitol Records, Inc. | Keith Urban | Somebody Like You | Golden Road | 323-344 |
| UMG Recordings, Inc. | Blink-182 | The Rock Show | Take Off Your Pants And Jacket | 301-317 |
| BMG Music | Tyrese | How You Gonna Act Like That | I Wanna Go There | 322-486 |

# EXHIBIT A

**IP Address:** 69.133.150.81 2007-11-11 22:10:25 EST          **CASE ID#** 147602846

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 137

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | 50 Cent | 21 Questions | Get Rich Or Die Tryin' | 337-801 |
| BMG Music | Usher | Burn | Confessions | 354-784 |
| Warner Bros. Records Inc. | Green Day | Wake Me Up When September Ends | American Idiot | 362-125 |
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| SONY BMG MUSIC ENTERTAINMENT | Ginuwine | Differences | The Life | 296-962 |
| SONY BMG MUSIC ENTERTAINMENT | Ginuwine | Stingy | The Senior | 331-436 |
| UMG Recordings, Inc. | Sisqo | Incomplete | Unleash The Dragon | 277-984 |
| SONY BMG MUSIC ENTERTAINMENT | Bow Wow | My Baby | Unleashed | 339-319 |

AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Southern District of New York**<br>**500 Pearl Street**<br>**New York, NY 10007-1312** | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>**ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC** | | DEFENDANT<br>**DOES 1 - 26** |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new A0 279 for the appeal.

# EXHIBIT A

**IP Address:** 75.85.191.182 2007-11-11 22:56:27 EST          **CASE ID#** 147604916

**P2P Network:** GnutellaUS          **Total Audio Files:** 331

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Marvin Gaye | Sexual Healing | Sexual Healing (single) | 38-850 |
| UMG Recordings, Inc. | Tom Petty | I Won't Back Down | Full Moon Fever | 103-541 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |
| UMG Recordings, Inc. | Aqua | Barbie Girl | Barbie Girl (single) | 240-665 |
| BMG Music | Kelly Clarkson | Walk Away | Breakaway | 352-147 |
| BMG Music | Brad Paisley | The World | Time Well Wasted | 366-007 |
| Capitol Records, Inc. | Chingy | Balla Baby | Balla Baby (single) | 357-173 |
| UMG Recordings, Inc. | Akon | Ghetto | Trouble | 361-456 |
| Virgin Records America, Inc. | Blur | Song 2 | Blur | 231-938 |
| BMG Music | Busta Rhymes | Pass the Courvoisier | Genesis | 312-547 |

## EXHIBIT A

**IP Address:** 204.210.224.195 2007-11-11 22:52:36 EST        **CASE ID#** 147605098

**P2P Network:** GnutellaUS        **Total Audio Files:** 352

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Afroman | The American Dream | The Good Times | 301-429 |
| UMG Recordings, Inc. | George Strait | Check Yes or No | Strait Out of the Box | 213-745 |
| Capitol Records, Inc. | Keith Urban | Somebody Like You | Golden Road | 323-344 |
| Virgin Records America, Inc. | 30 Seconds To Mars | The Kill | A Beautiful Lie | 377-457 |
| Capitol Records, Inc. | Keith Urban | Your Everything | Keith Urban | 273-265 |
| UMG Recordings, Inc. | 3 Doors Down | Let Me Go | Seventeen Days | 368-870 |
| UMG Recordings, Inc. | George Strait | She Let Herself Go | Somewhere Down In Texas | 372-131 |
| BMG Music | Brooks & Dunn | Red Dirt Road | Red Dirt Road | 337-164 |

**EXHIBIT A**

**IP Address:** 74.78.158.157 2007-11-23 04:43:39 EST          **CASE ID#** 148773736

**P2P Network:** GnutellaUS          **Total Audio Files:** 132

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Billie Jean | Thriller | 41-965 |
| Virgin Records America, Inc. | Spice Girls | If U Can't Dance | Spice | 201-276 |
| Interscope Records | Eminem | Role Model | The Slim Shady LP | 262-686 |
| Virgin Records America, Inc. | Spice Girls | Goodbye | Forever | 289-357 |
| Interscope Records | Eminem | The Real Slim Shady | The Real Slim Shady (single) | 293-541 |
| Interscope Records | Eminem | Without Me | Eminem Show | 317-924 |
| UMG Recordings, Inc. | Terror Squad | Lean Back | Lean Back (single) | 357-409 |
| UMG Recordings, Inc. | Ludacris | Growing Pains | Word of Mouf | 304-605 |

# EXHIBIT A

**IP Address:** 74.75.55.141 2007-11-23 23:28:55 EST          **CASE ID#** 148857146

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 255

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Queens of the Stone Age | The Sky Is Fallin' | Songs for the Deaf | 314-621 |
| Warner Bros. Records Inc. | Michael Buble | Home | Home (single) | 370-204 |
| Virgin Records America, Inc. | A Perfect Circle | Imagine | Emotive | 375-835 |
| Capitol Records, Inc. | Radiohead | Electioneering | OK Computer | 330-613 |
| UMG Recordings, Inc. | Diana Krall | Popsicle Toes | When I Look In Your Eyes | 186-505 |
| SONY BMG MUSIC ENTERTAINMENT | Fiona Apple | Pale September | Tidal | 227-923 |
| SONY BMG MUSIC ENTERTAINMENT | Tony Bennett | I've Got The World On A String | Perfectly Frank | 149-255 |
| Interscope Records | Queens of the Stone Age | The Lost Art of Keeping a Secret | R | 281-197 |

# EXHIBIT A

**IP Address:** 72.189.173.153 2007-11-24 19:00:58 EST        **CASE ID#** 148946670

**P2P Network:** GnutellaUS        **Total Audio Files:** 43

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | The Cure | Friday I'm in Love | Wish | 148-543 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Bolton | How Am I Supposed To Live Without You | Soul Provider | 106-829 |
| Elektra Entertainment Group Inc. | The Cure | Just Like Heaven | Kiss Me, Kiss Me, Kiss Me | 82-714 |
| Elektra Entertainment Group Inc. | The Cure | Love Song | Disintegration | 104-305 |
| Warner Bros. Records Inc. | Rod Stewart | The Motown Song | Vagabond Heart | 129-504 |
| Warner Bros. Records Inc. | Rod Stewart | This | A Spanner In The Works | 210-132 |
| Warner Bros. Records Inc. | Wilco | We're Just Friends | Summerteeth | 263-434 |

**EXHIBIT A**

**IP Address:** 24.168.21.25 2007-12-04 17:47:53 EST          **CASE ID#** 150483740

**P2P Network:** GnutellaUS          **Total Audio Files:** 321

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Ryan Cabrera | On the Way Down | Take It All Away | 369-515 |
| Warner Bros. Records Inc. | The Used | All That I've Got | In Love And Death | 362-132 |
| Atlantic Recording Corporation | Pretty Ricky | Grind With Me | Bluestars | 376-229 |
| Warner Bros. Records Inc. | Linkin Park | Somewhere I Belong | Meteora | 346-247 |
| Arista Records LLC | Pink | Family Portrait | M!ssundaztood | 326-672 |
| UMG Recordings, Inc. | U2 | Beautiful Day | All That You Can't Leave Behind | 294-631 |
| Virgin Records America, Inc. | 30 Seconds To Mars | The Kill | A Beautiful Lie | 377-457 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Your Body Is a Wonderland | Room for Squares | 305-049 |

AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION        ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Southern District of New York**<br>**500 Pearl Street**<br>**New York, NY 10007-1312** | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC | | DEFENDANT<br>DOES 1 - 26 |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment        ☐ Answer        ☐ Cross Bill        ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 5 – Case file copy.

*U.S.G.P.O. 1982-374-279

## EXHIBIT A

**IP Address:** 65.186.90.140 2007-12-06 13:33:39 EST

**CASE ID#** 150741970

**P2P Network:** GnutellaUS

**Total Audio Files:** 86

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | Crazy in Love | Dangerously in Love | 342-236 |
| Warner Bros. Records Inc. | Seal | Kiss From A Rose | Seal | 194-147 |
| UMG Recordings, Inc. | Shania Twain | Any Man of Mine | The Woman in Me | 207-884 |
| UMG Recordings, Inc. | Sum 41 | Fat Lip | All Killer No Filler | 298-689 |
| UMG Recordings, Inc. | Ludacris | Move Bitch | Word of Mouf | 304-605 |
| UMG Recordings, Inc. | Nelly | Over and Over | Suit | 358-551 |
| Arista Records LLC | Outkast | The Way You Move | Speakerboxxx/The Love Below | 340-520 |

# EXHIBIT A

**IP Address:** 76.189.66.237 2007-12-06 13:34:32 EST    **CASE ID#** 150742516

**P2P Network:** GnutellaUS    **Total Audio Files:** 134

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Daughters | Daughters (single) | 405-307 |
| UMG Recordings, Inc. | U2 | Beautiful Day | All That You Can't Leave Behind | 294-631 |
| Virgin Records America, Inc. | UB40 | Red Red Wine | Labour of Love | 49-244 |
| Warner Bros. Records Inc. | Faith Hill | Breathe | Breathe | 276-629 |
| Atlantic Recording Corporation | Tori Amos | Cornflake Girl | Under the Pink | 185-391 |
| Capitol Records, Inc. | Norah Jones | Come Away with Me | Come Away With Me | 320-120 |
| Motown Record Company, L.P. | Rick James | Super Freak | Street Songs | 25-800 |