**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ARISTA RECORDS LLC, et al.,                      :
                                                 :
                          Plaintiffs,            :
                                                 :
                -against-                        :
                                                 :
DOES 1-26,                                       :
                                                 :
                          Defendants.            :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 6 2008

08 CV 1044 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

Plaintiff's *ex parte* application for leave to take immediate discovery is granted. Non-

party Internet Service Provider, Time Warner Cable, is instructed to comply with plaintiff's

subpoena consistent with its obligations under the Cable Communications Policy Act.

Dated: May 6, 2008
       New York, New York

SO ORDERED:

GEORGE B. DANIELS
United States District Judge